*Form O-100*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:  New Era Hospitality | § | Case No. 11-36492-H5-11 |
| | § | (Chapter 11) |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

**(This Order Resolves Docket # 4)**

JLE Investors, Inc. ("Movant") filed a motion for relief from the automatic stay against 801 St. Joseph Parkway, Houston, TX  77066 – 0.7400 acres (32,232 square feet) of land, more or less, situated in the city of Houston, Harris County, TX, out of the Obedience Smith Survey, Abstract Number 695 and being all of Lots One (1), Two (2), Three (3), Four (4), and Five (5) and parts of Lots Eleven (11), and Twelve (12), Block Three Hundred Eighty-eight (388), SOUTH SIDE OF BUFFALO BAYOU, and all of that certain tract or parcel of land recovered by Plaintiff in Cause No. 95515, styled F.T. Shepherd vs. City of Houston in the District Court of Harris County, Texas, 11th Judicial District. (the "Property").  Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

_____   Although a response opposing the motion was filed, the respondent did not appear at the hearing.  Therefore, the response is overruled for want of prosecution and the motion is granted.

_____   The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief.

_____   The debtor filed a response that the debtor was unable to admit or deny the allegations, the debtor failed to appear at the hearing, and no other party opposed the requested relief.

_____   After hearing, and for the reasons stated on the record, relief from the stay is granted.

_____   No timely response was filed.  Accordingly, the motion is granted by default.

_____   As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief.

Accordingly, it is ordered that Movant is granted relief from the automatic stay [and the co-debtor stay] to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

Additional rulings:

_____   Movant is awarded attorneys fees in the amount of $_____.

_____   The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record.

ReservedForJudgeSignature